# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-3569

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| Lorenzo Diaz, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: May 30, 2001
Filed: June 5, 2001

_____

Before MORRIS SHEPPARD ARNOLD, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

In this appeal following the grant of a reduction in sentence under Federal Rule of Criminal Procedure 35(b), Lorenzo Diaz challenges the sentence imposed by the district court.[1] His counsel has filed a brief and moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), arguing that the district court did not explain adequately its downward departure. Counsel's arguments amount to a challenge of the extent of the departure. We have no jurisdiction to review on such grounds.

---

[1] The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.

See <u>United States v. Coppedge</u>, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam) (dismissing appeal where <u>Anders</u> brief challenged extent of Rule 35(b) reduction because appeal is not based on any criteria listed in 18 U.S.C. § 3742(a)).

Accordingly, we dismiss this appeal for lack of jurisdiction, and grant defense counsel's motion to withdraw. We also grant Diaz's motion to seal the <u>Anders</u> brief and we direct the clerk to seal both the brief and the Rule 35(b) hearing transcript.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.